# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

NOBLE ALIM EL BEY,

    Plaintiff,

v.

FRANKLIN COUNTY
MUNICIPAL COURT, *et al.*,

    Defendants.

Case No. 2:18-cv-522
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

## ORDER

On July 10, 2018, the Magistrate Judge issued a Report and Recommendation (ECF No. 8) in this case recommending that the action be dismissed for want of prosecution. The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**, and the Clerk is **DIRECTED** to **DISMISS without prejudice** Plaintiff's Complaint. (ECF No. 7.)

    IT IS SO ORDERED.

9-27-2018
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**